UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSELITO MADRIAGA LIM

VERSUS

OFFSHORE SPECIALTY
FABRICATORS, INC.

CIVIL ACTION

NO: 02-2126
C/W 03-2231

SECTION: "J"(5)

### ORDER

In conformity with the opinion of the 5th Circuit issued as mandate on April 15, 2005;

**IT IS ORDERED** that the captioned consolidated matters should be and are hereby **DISMISSED** for improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3).

New Orleans, Louisiana, this  5th  day of May, 2005.

CARL J. BARBIER
UNITED STATES DISTRICT

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.